cil of the city of Syracuse and others. W. G. Tracy, for application. James E. Newell, opposed.

HISCOCK, J. The relator in this case is a veteran, and desires appointment to the position of weigher of hay, a position in the municipal government of the city of Syracuse which is subject to civil service appointment based upon competitive examination, and which is filled by appointment by the common council. The facts upon this application are substantially the same as those in the case of People v. Common Council of City of Syracuse, 26 Misc. Rep. 522, 51 N. Y. Supp. 617, and those facts are subject to substantially the same principles, which, therefore, lead to the same conclusions, denying relator's application. Order accordingly.

PEOPLE ex rel. WHEELWRIGHT, Appellant, v. YORK et al., Respondents. PEOPLE ex rel. HEMMERT, Appellant, v. SAME, Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Proceedings by the people of the state of New York, on the relation of Charles A. Wheelwright and George Hemmert, against Bernard J. York and others, as commissioners of police. No opinion. Motions to resettle orders denied. See 57 N. Y. Supp. 1145.

PERQUA, Appellant, v. EGGLESTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Isaac Perqua against Daniel C. Eggleston and others. No opinion. Judgment modified, by striking out the provision as to costs, and, as so modified, affirmed, without costs in this court.

PHILADELPHIA & B. FACE-BRICK CO., Respondent, v. ROBINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by the Philadelphia & Boston Face-Brick Company against Frederick B. Robins. No opinion. Judgment and order affirmed, with costs.

PIERSON, Plaintiff, v. GENEVA, W., S. F. & C. L. TRACTION CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by Edwin C. Pierson against the Geneva, Waterloo, Seneca Falls & Cayuga Lake Traction Company. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs.

PISKOSH, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Term. July 26, 1899.) Action by Abraham Piskosh against the Third Avenue Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed. Hoadly, Lauterbach & Johnson, for appellant. S. & B. Oppenheimer, for respondent.

FREEDMAN, P. J. This action was brought to recover for damages sustained to the wagon and harness of the plaintiff in a collision with a car owned by the defendant, and caused by the alleged negligence of the defendant's employés. The case presents solely a disputed question of fact, which the trial judge decided in favor of the plaintiff. There is nothing in the record to warrant a disturbance of the judgment. Judgment affirmed, with costs.

PITKIN, Respondent, v. CLAYTON, Defendant (CLAYTON et al., Appellants.) (Supreme Court. Appellate Division, Second Department. July 1, 1899.) Action by Frederick E. Pitkin, as executor, etc., against James S. Clayton, defendant, and Francis T. Clayton and another. No opinion. Order resettled. See 58 N. Y. Supp. 483.

POOLE, Respondent, v. LONG ISLAND ELECTRIC RY. CO., Appellants. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Frederick H. Poole against the Long Island Electric Railway Company. No opinion. Judgment and order affirmed, with costs.

PRESS PUB. CO. v. ASSOCIATED PRESS et al. (Supreme Court, Appellate Division, First Department. May, 1899.) Action by the Press Publishing Company against the Associated Press and others. No opinion. Motion denied. See 58 N. Y. Supp. 186.

PROSPECT PARK & C. I. R. CO., Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by the Prospect Park & Coney Island Railroad Company against the Coney Island & Brooklyn Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See 56 N. Y. Supp. 508.

QUANTMEYER, Respondent, v. J. H. MOHLMAN CO., Appellant. (City Court of New York. General Term. June 29, 1899.) Action by August Quantmeyer against the J. H. Mohlman Company. There was a judgment for plaintiff, and defendant appeals. Affirmed.

PER CURIAM. Judgment and order appealed from affirmed, with costs and disbursements.

QUINN, Appellant, v. YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Terence D. Quinn against Bernard J. York and others. J. W. Ridgway, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

RAFF et al., Respondents, v. KOSTER, BIAL & CO., Appellant. (Supreme Court, Appellate Division, First Department. February Term, 1899.) Action by Norman C. Raff and another against Koster, Bial & Co. No opinion. Order granting judgment reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

RAFFERTY et al., Appellants, v. BUFFALO CITY GAS CO. et al., Respondents. (Supreme